CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

DARSHAN PATEL
DPatel@patelstiwell.com
PATEL | STILWELL, LLP
2655 Camino Del Rio North, Suite 320
San Diego, CA 92108
Telephone: (619) 940-6623
Facsimile: (619) 291-4872
Attorney for Defendant
El Coro Motel, Inc.

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
1/16/19

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EL CORO MOTEL, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case: 4:18-CV-00975-YGR<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

## STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: January 11, 2019        CENTER FOR DISABILITY ACCESS

                               By: /s/ Amanda Lockhart Seabock
                                   Amanda Lockhart Seabock
                                   Attorneys for Plaintiff

Dated: January 11, 2019        PATEL | STILWELL, LLP

                               By: /s/ Darshan Patel
                                   Darshan Patel
                                   Attorney for Defendant
                                   El Coro Motel, Inc.